## SECOND DEPARTMENT, MARCH, 1919.

In the Matter of the Application of ALICE PARKER HUTCHINS for Admission to the Bar.— Application granted. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

HORACE L. KENT, Respondent, v. GEORGE H. FRASER, Appellant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of the PEOPLES SURETY COMPANY OF NEW YORK for a Voluntary Dissolution. JESSE S. PHILLIPS and Another, as Receivers, etc., Appellants; BOROUGH BANK OF BROOKLYN and Another, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich and Jaycox, JJ., concurred; Kelly, J., dissented on the ground that he cannot distinguish this case from Assets Realization Co. v. City of Buffalo (118 App. Div. 571).

In the Matter of Proving the Last Will and Testament of SARAH S. THOMAS, Deceased. IDA A. FOUNTAIN and Others, Appellants; ELIZABETH J. WALKER, Executrix, etc., Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs to the executrix, respondent, payable out of the estate. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

WILLIAM L. McDERMOTT, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

THOMAS O'CONNOR, Appellant, v. JOHN O'CONNOR, Respondent.— Order affirmed upon reargument, with ten dollars costs and disbursements, upon the ground that plaintiff's affidavit upon which the order for defendant's examination was granted was insufficient in that it failed to allege or show necessity for such examination as required by rule 82 of the General Rules of Practice. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

· THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BRACH, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

JOHN WANAMAKER, NEW YORK, INC., Respondent, v. OTIS ELEVATOR COMPANY, Appellant. (Action No. 3.) — Judgment unanimously affirmed, with costs, upon authority of Wanamaker, N. Y., Inc., v. Otis Elevator Co., No. 1 (186 App. Div. 655), decided herewith. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JOHN H. EGAN, as Executor, etc., Respondent, v. WESTCHESTER COUNTY BREWING COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.